IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Alex Carlson and Rachel Libengood, <br><br> PLAINTIFFS, <br><br> v. <br><br> Jeremy Latwan Davis and JD's Trucking of NC LLC, <br><br> DEFENDANTS | C/A No. 2:26-cv-02519-RMG <br><br><br> **Notice of Removal** |

Defendants, Jeremy Latwan Davis and JD's Trucking of NC, LLC ("the Defendants") file this Notice of Removal to remove this action from the Colleton County Court of Common Pleas to this Court, pursuant to 28 U.S.C. §§ 1332(a)(1) and 1441(b).

1. On May 15, 2026, the Plaintiffs filed a Complaint in the Colleton County Court of Common Pleas. A copy of the Complaint is attached.

2. Defendants, through their attorney, received a copy of the Complaint on May 27, 2026, when the attorney downloaded a copy of the Complaint from the Colleton County Court of Common Pleas, making the filing of this Notice timely pursuant to 28 U.S.C. § 1446(b).

3. This is a civil action over which this Court has original and removal jurisdiction under 28 U.S.C. §§ 1332(a)(1) and 1441(b). Specifically, the Plaintiffs are, upon information and belief, a citizen of the state of Florida. Defendants are citizens of the state of North Carolina. The Plaintiffs seek unspecified actual and punitive damages; the Plaintiffs did not place a limit on the damages sought; and therefore the amount in controversy exceeds the sum of $75,000.

4. A copy of this Notice of Removal will be served on the Plaintiffs, as required by 28 U.S.C. § 1446(d).

5.     A copy of this Notice of Removal will be filed with the Clerk of Court for the Colleton County Court of Common Pleas, as required by 28 U.S.C. § 1446(d).

WHEREFORE, the Defendant removes this action to this Court's jurisdiction.

GRIFFITH, FREEMAN & LIIPFERT, LLC

s/     *E. Mitchell Griffith*

E. Mitchell Griffith (Fed. ID #2469)
600 Monson Street
PO Drawer 570
Beaufort, SC 29901
843-521-4242
843-521-4247 (fax)
mgriffith@griffithfreeman.com

ATTORNEYS FOR DEFENDANTS

June 26, 2026
Beaufort, South Carolina

**CERTIFICATE OF SERVICE**

I certify that on June 26, 2026, I served the *Notice of Removal* on the following by depositing it in the United States mail, with postage prepaid and addressed as follows:

Jonathan Graham
Morgan & Morgan
4401 Belle Oaks Dr., Suite 300
North Charleston, SC 29405

*s/ E. Mitchell Griffith*

E. Mitchell Griffith (Fed. ID #2469)

Beaufort, South Carolina