IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CIVIL ACTION NO.: 2:26-cv-02519-BHH

| | | |
|---|---|---|
| Alex Carlson and Rachel Libengood, | ) | |
| Plaintiffs, | ) | **PLAINTIFFS' MOTION TO REMAND** |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Jeremy Latwan Davis and JD's | ) | |
| Trucking of NC LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs Alex Carlson and Rachel Libengood move this Court to remand this matter to the Colleton County Court of Common Pleas. As shown more fully in the attached Memorandum in Support, Defendants have failed to meet their burden of proving either federal question or diversity jurisdiction. Because Defendants have not met their burden, remand is appropriate.

I certify that I have consulted in good faith with Defendants' counsel, and we have not been able to agree on the issues presented in this Motion.

MORGAN & MORGAN, P.A.
By:    /s/Jonathan Graham
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
*Counsel for Plaintiff*

Charleston, SC

July 27, 2026.