IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CIVIL ACTION NO.: 2:26-cv-02519-BHH

| | |
|---|---|
| Alex Carlson and Rachel Libengood,<br><br>                                    Plaintiffs,<br><br>vs.<br><br>Jeremy Latwan Davis and JD's<br>Trucking of NC LLC,<br><br>                                  Defendants. | **PLAINTIFFS' MOTION TO STAY PENDING RESOLUTION OF MOTION TO REMAND** |

Pursuant to Local Civil Rule 16.00(C), Plaintiff moves this Court to stay any deadlines in this Court's Amended Scheduling Order (ECF # 8) which come due during the pendency of Plaintiff's Motion to Remand (ECF # 10) until seven days after this Court's ruling on Plaintiff's Motion to Remand or until other such time as this Court finds appropriate.

**MORGAN & MORGAN, P.A.**
By:    /s/Jonathan Graham
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
Charleston, SC               North Charleston, SC 29405
(843) 947-6063
July 27, 2026.             *Counsel for Plaintiff*