IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CIVIL ACTION NO.: 2:26-cv-02519-BHH

| | |
|---|---|
| Alex Carlson and Rachel Libengood, <br><br> Plaintiffs, <br><br> vs. <br><br> Jeremy Latwan Davis and JD's Trucking of NC LLC, <br><br> Defendants. | **PLAINTIFFS' RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES** |

Plaintiffs respond to Local Rule 26.01's interrogatories as follows:

(A)    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**RESPONSE: Plaintiffs nor counsel is currently aware of any subrogation interests.**

(B)    As to each claim state whether it should be tried jury or nonjury and why.

**RESPONSE: Plaintiffs have requested a jury trial because Plaintiffs' claims against Defendants arise in law, rather than in equity, and thus entitle Plaintiffs to a trial by jury of their peers.**

(C)    State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**RESPONSE: Plaintiffs are individuals, not corporations.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division.

**RESPONSE: Plaintiff does not challenge the appropriateness of the division.**

(E)     Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal?

**RESPONSE: Plaintiff is not aware of any other related action.**

*(F) & (G) omitted, as they apply to Defendants only.*

(H)     *Parties or Intervenors in a Diversity Case.* In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**RESPONSE: Plaintiffs are residents and citizens of Florida.**

|  |  |
|---|---|
|  | **MORGAN & MORGAN, P.A.** |
|  | By:     /s/Jonathan Graham |
|  | Jonathan D. Graham |
|  | State Bar No. 105763 |
|  | Federal Bar No. 13969 |
|  | E-Mail: jgraham@forthepeople.com |
|  | 4401 Belle Oaks Drive, Suite 300, |
| Charleston, SC | North Charleston, SC 29405 |
|  | (843) 947-6063 |
| July 27, 2026. | *Counsel for Plaintiff* |