FROM: Francisca Bricklin<Francisca.Bricklin@canal-ins.com>
TO: Georgia Jackson
CC: ImageDocs
SENT: Tuesday, January 27, 2026 11:45:33 AM Eastern Standard Time
SUBJECT: RE: *EXT*L561303_ Alex Carlson
ATTACHMENTS: image001.png; image002.png;

========================================================

Hi Georgia,

Thank you for the update. Can you please provide me with a complementary copy of the suit that was filed for Rachel?

Regards,

**FRANCISCA BRICKLIN |** Liability Claims Adjuster
800.452.6911, ext. 5252 Office

FILENO: L561303

Canal Insurance Company
101 N. Main Street, Suite 400
Greenville, SC 29601



A CANAL FINANCIAL GROUP COMPANY

  canalinsurance.com

WARNING: As the information in this transmittal (including attachments, if any) may contain confidential, proprietary, or business trade secret information, it should only be reviewed by those who are the intended recipients. Unless you are an intended recipient, any review, use, disclosure, distribution or copying of this transmittal (or any attachments) is strictly prohibited. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. While Canal believes this transmittal to be free of virus or other defect, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Canal (or its subsidiaries and affiliates) for any loss or damage arising therefrom.

**From:** Georgia Jackson <georgia.jackson@forthepeople.com>
**Sent:** Tuesday, January 27, 2026 11:19 AM
**To:** Francisca Bricklin <Francisca.Bricklin@canal-ins.com>
**Subject:** Re: *EXT*L561303_ Alex Carlson

**CAUTION: This message was sent from outside of Canal Insurance. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe. Please report all suspicious emails to "infosec@canal-ins.com" as an attachment.**

Good morning, Francisca!

I hope all is well with you as well.

Rachel's Injuries Include: back, neck, head injury (being evaluated for TBI), post concussion syndrome
Her Treatment Includes: conservative care, orthopedic evaluation, balance therapy, neurology
Imaging: MRI of back, and head
Work Loss: Yes, paired with excuses
Case Status: Lawsuit Filed/ Treating

Alex's injuries include: neck, back pain, whiplash, headaches, reaggitated TBI

Alex's treatment includes: conservative care, orthopedic evaluation, neurology

Imaging: MRI of back, neck and head

Work Loss: Yes, paired with excuses

Case Status: Pre-Suit/ Treating

Both clients are single.

They do not receive medicare.

**Georgia Jackson**

Case Manager

T: (843) 666-3880
F: (854) 222-6509

4401 Belle Oaks Drive, 3rd Floor,
North Charleston, SC 29405



$30B+ Recovered • 1,000+ Attorneys • 140+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

---

**From:** Francisca Bricklin <Francisca.Bricklin@canal-ins.com>
**Sent:** Monday, January 19, 2026 1:58 PM
**To:** Georgia Jackson <georgia.jackson@forthepeople.com>
**Cc:** ImageDocs <ImageDocs@canal-ins.com>
**Subject:** RE: *EXT*L561303_ Alex Carlson

Hi Georgia,

I hope this email finds you well. I am reaching out for a treatment update on Alex and Rachel. Any diagnostic testing performed if so, can you please provide me with the results?

Any work loss?

What is the marital status for each client?

Does Juan receive Medicare?

I am available Monday-Friday from 8am-4:00pm EST. You can reach me directly at 864-250-9252. Please feel free to contact me with any concerns.