**From:** Remy Heinen
**To:** "ghale@colletoncounty.org"
**Subject:** REMAND 2:26-cv-02519-BHH Carlson et al v. Davis et al
**Date:** Tuesday, September 15, 2026 3:12:00 PM
**Attachments:** Certified Remand Text Order.pdf

---

Good afternoon,

Please be advised that on September 15, 2026 a text order was entered remanding the above referenced case to your court. The case number assigned to this action in your court is 2026-CP-15-00429.

Please confirm receipt of this order by responding to this email.

A certified copy of the text order is attached. The attorneys in this case are listed at the bottom.
Clerk's Notice: The attorneys are responsible for supplementing the State Record with all documents filed in Federal Court.

Thank you,

**Remy Heinen**
Case Administrator for the Honorable Bruce Howe Hendricks
85 Broad St.
Charleston, South Carolina
843-579-1414